JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN MORALES,<br><br>        Plaintiff,<br><br>   v.<br><br>AMETEK, INC., a Delaware Corporation, and DOES 1 through 100, Inclusive,<br><br>        Defendants.<br><br>AMETEK, INC., a Delaware Corporation,<br><br>        Counter-Claimant,<br><br>   v.<br><br>CRISTIAN R. MORALES,<br><br>        Counter-Defendant. | Case No. SACV 14-244-JLS (DFMx)<br><br>**JUDGMENT** |

1 On April 17, 2015, Defendant Ametek, Inc.'s Motion for Summary Judgment or Partial Summary Judgment came on regularly for hearing. The Court, having considered all materials filed in support of and in opposition to this motion, oral argument having been had, and good cause having been shown, on May 19, 2015 granted the motion and ordered that judgment be entered in favor of Defendant Ametek, Inc. on all claims alleged in Plaintiff's First Amended Complaint, for the reasons set forth in the Court's Minute Order (Doc. 105).

For the reasons set forth in that Order and pursuant to the parties' stipulation to dismiss Defendant Ametek, Inc.'s counterclaims against Plaintiff (Doc. 108), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff Cristian Morales take nothing against Defendant;

2. Judgment be entered in favor of Defendant Ametek, Inc. on all claims in Plaintiff's First Amended Complaint; and

3. No costs or fees shall be awarded to Defendant Ametek, Inc., pursuant to the stipulation of the Parties; each party shall bear his or its own costs and fees.

Dated: June 02, 2015

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE